

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00150-CR

**CHRISTOPHER ROLAND FENNER,**

                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                      **Appellee**

### From the 18th District Court
### Somervell County, Texas
### Trial Court No. 249-00724

## MEMORANDUM OPINION

Christopher Roland Fenner provided the District Clerk of Somervell County with a written notice of appeal from the trial court's judgment adjudicating guilt, pronounced on June 13, 2018. Fenner appears to direct this notice of appeal to the Court of Criminal Appeals. But, as the district clerk was required to do, the notice of appeal was sent to this Court as the appropriate court of appeals. *See* TEX. R. APP. P. 25.2(e). The only cases appealed directly to the Court of Criminal Appeals are those in which the death penalty

has been assessed and those in which bail has been denied in non-capital cases under Article I, Section 11a of the Texas Constitution. TEX. R. APP. P. 71.1.

Regardless, Fenner's notice of appeal was due July 13, 2018. *See id.* 26.2(a). Because the notice of appeal was not filed until May 15, 2023, it is untimely. *Id.*

We have no jurisdiction of an untimely appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed May 31, 2023
Do not publish
[CR25]

